UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-89 RM |
| ) | |
| MATTHEW EASH ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on January 6, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 18], ACCEPTS defendant Matthew Eash's plea of guilty, and FINDS the defendant guilty of Counts 1 and 4 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   January 26, 2015

　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　Northern District of Indiana